1000 0010

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DEAN M. AULERICH, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 13-CV-788-CVE-FHM** |
| | ) | |
| **BLUECROSS BLUESHIELD OF OKLAHOMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff Dean Aulerich, and Defendant, Health Care Service Corporation, an Illinois mutual legal reserve company, a division of which is Blue Cross and Blue Shield of Oklahoma (incorrectly sued as Bluecross Blueshield of Oklahoma) stipulate to dismissal of the case with prejudice pursuant to Fed. R. Civ. P. Rule 41. The parties have settled the matter and each party agrees to bear their own costs, expenses, and attorneys' fees.

| | |
|---|---|
| **GABLEGOTWALS** | **BUCKMAN & GRAY,** *A Professional Corporation* |
| By: s/Erin K. Dailey | By: s/Steven V. Buckman |
| Erin K. Dailey, OBA #20189 | Steven V. Buckman, OBA #10745 |
| GableGotwals | 10108 East 79th Street |
| 100 West 5th Street, Suite 1100 | Tulsa, Oklahoma 74113 |
| Tulsa, OK 74103-4217 | Telephone: (918) 587-1525 |
| Telephone: (918) 595-4800 | Facsimile: (918) 587-1535 |
| | *Attorney for Plaintiff, Dean Aulerich* |
| *Attorney for Defendant, BlueCross BlueShield of Oklahoma* | |
| (Signed by Filing Attorney with permission of Defense Attorney) | |

**FOLEY & LARDNER, LLP**

By:    s/Rebecca R. Hanson
       Rebecca R. Hanson
       Foley & Lardner, LLP
       321 North Clark Street, Suite 2800
       Chicago, Illinois 60654-5313
       Telephone: (312) 832-4500
       Facsimile: (312) 832-4700

*Attorneys for Defendant, BlueCross BlueShield of Oklahoma*

(Signed by Filing Attorney with permission of Defense Attorney)

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2014, I electronically transmitted the foregoing Stipulation For Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41 to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

*VIA E-MAIL: edailey@gablelaw.com*
*AND REGULAR U.S. MAIL*

Ms. Erin K. Dailey
GableGotwals
100 West 5th Street, Suite 1100
Tulsa, OK 74103-4217

*VIA E-MAIL: rhanson@foley.com*
*AND REGULAR U.S. MAIL*

Ms. Rebecca Hanson
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60654-5313

                s/Steven V. Buckman
                Steven V. Buckman

2